FILED
2011 Jul-14 AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HOMTEX, INC., an Alabama corporation, )<br>)<br>Plaintiff,       )<br>)<br>v.            )<br>)<br>LEGGETT & PLATT, INC., a Missouri )<br>corporation, d/b/a LEGGETT & PLATT )<br>CONSUMER PRODUCTS GROUP, )<br>et al       Defendant. ) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br>5:11-CV-1349-CLS |

### Summons in a Civil Action

To: (*Defendant's name and address*)   LEGGET & PLATT, INC.
d/b/a LEGGETT & PLATT CONSUMER PRODUCTS GROUP
1 Leggett Road
Carthage, MO. 64836

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ___ 21 ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Finis E. St. John, Esq.
St. John & St. John, LLC
P O Box 2130
Cullman, AL  35056

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 7/14/11

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     <u>By personal service on the defendant at</u> _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____       _____
      *Date*                            *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                                      $
                   Expenses: _____ miles @ _____ cents    $_____

                                                  TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HOMTEX, INC., an Alabama corporation,)<br>)<br>       Plaintiff, )<br>)<br>v. )<br>LEGGETT & PLATT, INC., a Missouri )<br>corporation, d/b/a LEGGETT & PLATT )<br>CONSUMER PRODUCTS GROUP, Defendant. )<br>et al | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br>5:11-CV-1349-CLS |

Summons in a Civil Action

To: *(Defendant's name and address)* STS LINENS, INC.
              d/b/a SOUTHERN TEXTILES, INC. and DOES 1-10
              700 West Main Street
              Forsyth, GA   31029

NOTE: A separate summons must be
     prepared for each defendant.

A lawsuit has been filed against you.

  Within _____21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Finis E. St. John
    ST. JOHN & ST. JOHN, LLC
    P O Box 2130
    Cullman, AL   35056

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 7/14/11

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK
By: *[signature]*
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____       _____
         *Date*                               *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                                   $
                     Expenses: _____ miles @ _____ cents    $_____
                                                         TOTAL $