FILED
2011 Sep-15  PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

**HOMETEX, INC.,**

      Plaintiff,

    **vs.**

                            CIVIL ACTION NO.: 11-S-1349-NE

**LEGGETT & PLATT**
**d/b/a Leggett & Platt Consumer**
**Products**
**Group,** *et. al.*,

      Defendant.

### LEGGETT & PLATT'S NOTICE OF FILING ATTORNEY RECORDS UNDER SEAL

252477                       Thursday, September 15, 2011             0L3415-301001