# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

HOMTEX, INC.,

    Plaintiff/Counter-Defendant

vs.

LEGGETT & PLATT
d/b/a Leggett & Platt Consumer
Products Group, et. al.,

    Defendant/Counter-
    Plaintiff/Third-Party Plaintiff

vs.

XYMID, LLC,

    Third-Party
    Defendant

CIVIL ACTION NO.: 11-S-1349-NE

## NOTICE OF DISMISSAL OF THIRD-PARTY DEFENDANT XYMID, LLC

    Defendant/Counter-Plaintiff/Third-party Plaintiff, Leggett & Platt, Inc. ("Leggett & Platt"), by and through its undersigned counsel, hereby dismisses, without prejudice, its third-party complaint against Third-party Defendant, Xymid, LLC, and all claims and causes of action asserted therein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(c).

3/266870.1

Plaintiff/Counter-Defendant Homtex and Leggett & Platt have reached settlement on all issues raised in the underlying matter, and the parties each requested dismissal, with prejudice, of their respective claims against the other. Because Xymid, LLC has neither filed an answer nor a motion for summary judgment, Leggett & Platt's third-party complaint against Xymid, LLC is hereby dismissed, without prejudice.

        Respectfully submitted,

        s/Stephen H. Hall
        Stephen Hall (asb-0559-a58s)
        Bradley Arant Boult Cummings LLP
        200 Clinton Avenue West, Suite 900
        Huntsville, AL  35801-4900
        Telephone:  (256) 517-5100
        Facsimile: (256) 517-5200

        Charles A. Stewart III (asb-4955-a56c)
        Bradley Arant Boult Cummings LLP
        Alabama Center for Commerce
        401 Adams Avenue, Ste. 780
        Montgomery, AL  36104
        Telephone:  (334) 956-7700
        Facsimile:  (334) 956-7701

        ATTORNEYS FOR LEGGETT & PLATT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

3/266870.1

    Lorri W. Cooper
    Una L. Lauricia
    Steven J. Solomon
    PEARNE & Gordon, LLP
    1801 East 9th Street, Suite 1200
    Cleveland, OH 44114
    (216) 579-1700 Telephone
    (216) 579-6073 Facsimile
    lcooper@perne.com
    ulauricia@perne.com
    ssolomon@pernre.com

    Finis E St John , IV
    St. John & St. John LLC
    108 3rd Street SE
    PO Box 2130
    Cullman, AL 35056-2130
    stjohnfe@bellsouth.net

    ATTORNEYS FOR PLAINTIFF
    HOMTEX, INC.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None.

                                              s/ Stephen H. Hall
                                              OF COUNSEL